1   LARIVIERE, GRUBMAN & PAYNE, LLP
    Robert W. Payne (Ca Bar No. 073901)
2   rpayne@lgpatlaw.com
    Scott J. Allen (Ca Bar No. 178925)
3   sallen@lgpatlaw.com
    19 Upper Ragsdale Drive, Suite 200
4   P.O. Box 3140
    Monterey, CA 93942-3140
5   Telephone: (831) 649-8800
    Facsimile: (831) 649-8835
6
    Attorneys for Plaintiff
7   MONSTER CABLE PRODUCTS, INC.

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MONSTER CABLE PRODUCTS, INC., a          )   No. 3:10-cv-01804-EMC
    California corporation,                   )
12                                            )   **STIPULATION AND [PROPOSED]**
                                              )   **ORDER REGARDING CASE**
13                    Plaintiffs,             )   **MANAGEMENT CONFERENCE**
                                              )
14  v.                                        )
                                              )
15  SHOPALLMONSTER, INC., a                   )
    Florida corporation, and                  )
16                                            )
                                              )
17  PETER BESHOURI, an individual,            )
                                              )
18                    Defendants.             )
                                              )
19  _____

20         WHEREAS, Plaintiff Monster Cable Products, Inc. filed its Complaint for Trademark

21  Infringement, Patent Infringement, Copyright Infringement, and Unfair Competition against

22  Defendants Shop All Monster, Inc. and Peter Beshouri on April 27, 2010;

23         WHEREAS, Plaintiff and Defendants have engaged in productive settlement discussions

24  and, based on the results of those discussion, have recently exchanged a draft settlement

25

26  agreement;

27

28

Monster Cable Products, Inc. v. ShopAllMonster, Inc., et al.
Case No. 3:10-cv-01804-EMC
Stipulation and [Proposed] Order re Case Management Conference
                                        1

WHEREAS, a Case Management Conference is currently scheduled in this case for September 29, 2010;

WHEREAS, the parties believe that a 45 day continuance of the Case Management Conference, until about November 10, 2010, would allow the parties to fully explore the possibility for settlement and avoid the need for the Court to hold a Case Management Conference;

NOW, THEREFORE, the Plaintiff and Defendants, acting by and through the undersigned counsel, hereby stipulate and agree as follows:

1. The Case Management Conference currently scheduled for September 29, 2010 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California should be continued until November 10, 2010 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California;

2. If the parties do not sooner reach a settlement of all claims in this case, the parties shall file a Joint Case Management Statement in accordance with Fed.R.Civ.P. 26(f) and Civil L.R. 16-9 on or before November 3, 2010.

Dated: September 8, 2010        LARIVIERE, GRUBMAN & PAYNE, LLP

By: _____
      Scott J. Allen
      Attorneys for Plaintiff
      Monster Cable Products, Inc.

Dated: September 8, 2010        COLLETTE ERICKSON FARMER & O'NEILL, LLP

By: _____
      John V. Erickson
      Attorneys for Defendants
      Shopallmonster, Inc. and Peter Beshouri

Monster Cable Products, Inc. v. ShopAllMonster, Inc., et al.
Case No. 3:10-cv-01804-EMC
Stipulation and [Proposed] Order re Case Management Conference

2

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, the Court hereby orders as follows:

1.   The Case Management Conference currently scheduled for September 29, 2010 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California should be, and hereby is, continued until November 10, 2010 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California;

2.   If the parties do not sooner reach a settlement of all claims in this case, the parties shall file a Joint Case Management Statement in accordance with Fed.R.Civ.P. 26(f) and Civil L.R. 16-9 on or before November 3, 2010.

Dated:_____9/13/10_____



United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

Monster Cable Products, Inc. v. ShopAllMonster, Inc., et al.
Case No. 3:10-cv-01804-EMC
Stipulation and [Proposed] Order re Case Management Conference